Oliver M. Gold (Bar No. 279033)
OGold@perkinscoie.com
PERKINS COIE LLP
1888 Century Park East, Suite 1700
Los Angeles, CA 90067-1721
Telephone: 1.310.788.9900
Facsimile: 1.310.788.3399

Hayden M. Schottlaender (*pro hac vice pending*)
HSchottlaender@perkinscoie.com
PERKINS COIE LLP
500 N. Akard Street, Suite 3300
Dallas, Texas 75201
Telephone: 214.965.7724

John Mylan Traylor (*pro hac vice pending*)
MTraylor@perkinscoie.com
PERKINS COIE LLP
110 North Wacker Drive, Suite 3400
Chicago, Illinois 60606-1511
Telephone: 1.312.324.8400
Facsimile: 1.312.324.9400

*Attorneys for Third-Party Defendant Podium Corporation, Inc.*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

NATHAN GAINES, individually and on behalf of all others similarly situated,

Plaintiff,

v.

LPC SURVIVAL, LTD D/B/A USA BERKEY FILTERS,

Defendant.

LPC SURVIVAL, LTD D/B/A USA BERKEY FILTERS,

Third-Party Plaintiff,

v.

PODIUM CORPORATION, INC,

Third-Party Defendant.

Case No. 2:25-CV-09291-JFW

**PODIUM'S NOTICE OF MOTION AND MOTION TO DISMISS THIRD-PARTY COMPLAINT**

Date: February 23, 2026
Time: 1:30 p.m.
Judge: John F. Walter
Courtroom: 7A

Action Filed: September 29, 2025
Trial Date: February 23, 2027

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Third-Party Defendant Podium Corporation, Inc. ("Podium") will move this Court on February 23, 2026, at 1:30 p.m., in Courtroom 7A of the United States District Court for the Central District of California, located at 350 W 1st Street, Suite 4311, Los Angeles, CA 90012, for an order granting Podium's Motion to Dismiss the Third-Party Complaint filed by Third-Party Plaintiff LPC Survival, Ltd d/b/a USA Berkey Filters ("Berkey").

Berkey's Third-Party Complaint should be dismissed pursuant to Federal Rules of Civil Procedure 12(b)(2), 12(b)(3) and 12(b)(6), because this is the improper venue, this Court lacks personal jurisdiction over the Third-Party Defendant, and because Berkey failed to state a claim upon which relief can be granted.

This Motion is based on this Notice of Motion, the accompanying Memorandum of Points and Authorities, the Declarations of Liam Golightley and Hayden Schottlaender, and accompanying exhibits, all pleadings and papers on file in this action, and such other and further oral and written evidence as may be considered by the Court at the hearing.

This Motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on Tuesday, January 20, 2026, by telephone.[1] Berkey opposes the Motion in its entirety.

[1] On January 19, 2026, counsel for Podium reached out to counsel for Berkey to schedule the conference of counsel. Given the January 19, 2026 holiday, the parties conducted the conference the following day on January 20, 2026.

Dated: January 26, 2026

**PERKINS COIE LLP**

By: /s/ *Oliver M. Gold*

Oliver M. Gold (Bar No. 279033)
OGold@perkinscoie.com
PERKINS COIE LLP
1888 Century Park East, Suite 1700
Los Angeles, CA 90067-1721
Telephone: 1.310.788.9900
Facsimile: 1.310.788.3399

Hayden M. Schottlaender (*pro hac vice pending*)
HSchottlaender@perkinscoie.com
PERKINS COIE LLP
500 N. Akard Street, Suite 3300
Dallas, Texas 75201
Telephone: 214.965.7724

John Mylan Traylor (*pro hac vice pending*)
MTraylor@perkinscoie.com
PERKINS COIE LLP
110 North Wacker Drive, Suite 3400
Chicago, Illinois 60606-1511
Telephone: 1.312.324.8400
Facsimile: 1.312.324.9400

*Attorneys for Third-Party Defendant Podium Corporation, Inc.*