Sam Mollaei, Esq. (CA Bar No. 291761)
sam@tovlaw.com
**RIO LAW GROUP, INC.**
10880 Wilshire Blvd, 24th Floor
Los Angeles, CA 90024
Telephone: (818) 925-0002

*Attorney for Plaintiff Nathan Gaines*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**Case No.: 2:25-cv-09291-JFW-E**

**NATHAN GAINES,**
*individually and on behalf of all others similarly situated,*

Plaintiff,

**v.**

**LPC SURVIVAL, LTD**
**D/B/A US BERKEY FILTERS**

Defendant.

**CLASS ACTION**

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Sam Mollaei, Esq. (CA Bar No. 291761) of Consumer Protection Law Group Inc. hereby appears as counsel of record for Plaintiff, Nathan Gaines, in the above-captioned action.

All future pleadings, motions, notices, and other papers in this action should be served upon the undersigned at the address set forth below:

Sam Mollaei, Esq.
Rio Law Group Inc.

10880 Wilshire Blvd, 24th Floor
Los Angeles, CA 90024
Telephone: (818) 925-0002
Email: sam@tovlaw.com

Dated: September 2, 2026

Respectfully submitted,

**RIO LAW GROUP, INC.**

*/s/ Sam Mollaei*

Sam Mollaei, Esq. (CA Bar No. 291761)
10880 Wilshire Blvd, 24th Floor
Los Angeles, CA 90024
Tel: (818) 925-0002
sam@tovlaw.com

*Counsel for Plaintiff Nathan Gaines*